IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**ROBERT BALDWIN,**             )
                                )
       **Plaintiff,**       )
                                )
v.                              )        1:09CV328
                                )
**MOSES H. CONE MEMORIAL**      )
**HOSPITAL and WESLEY LONG**    )
**COMMUNITY HOSPITAL,**         )
                                )
       **Defendants.**      )

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 24, 2009, was served on the parties in this action. Plaintiff has filed a "Motion to Strike Recommendation" [Docket No. 15] which will be construed as objections to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Defendants' Rule 12(b)(1) motion to dismiss [Docket No. 8] be **GRANTED** and that this action be dismissed. A Judgment dismissing this action will be entered contemporaneously with this Order.

_____
United States District Judge

Date: August 14, 2009